1  PATRICK L. FORTE, State Bar #80050
   CORRINE BIELEJESKI, State Bar #244599
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354

5  Attorneys for Debtor

6

7

8                    UNITED STATES BANKRUPTCY COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 **In re:**                          No. 09-49696 EDJ

11 **MOLLY DORIS INGLEMON,**           Chapter 13

12                      **Debtor.**    **MOTION TO MODIFY CHAPTER 13 PLAN;**
                                       **NOTICE TO CREDITORS OF**
13 _____/    **DEADLINE TO REQUEST A HEARING**

14     The above-named debtor applies to the court for an order to modify

15 her Chapter 13 Plan as follows:

16     Debtor shall surrender her 2003 Escalade to HSBC in full

17 satisfaction of its claim.

18     The modification is sought on the following grounds:

19 Debtor has purchased a new car.

20

21     **NOTICE IS HEREBY GIVEN:**

22     (i)  That Local Rule 9014-1 of the United States Bankruptcy Court

23 for the Northern District of California prescribes the procedures to be

24 followed and that any objection to the requested relief, or a request for

25 hearing on the matter must be filed and served upon the undersigned

26 within twenty one (21) days of mailing of this notice;

Case: 09-49696   Doc# 28   Filed: 07/26/10   Entered: 07/26/10 13:11:42   Page 1 of 2

(ii)  That a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

(iii)  That if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and

(iv)  That the undersigned will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: July 26, 2010

                                    /s/ Corrine Bielejeski
                                    CORRINE BIELEJESKI
                                    Attorney for Debtor

Case: 09-49696   Doc# 28   Filed: 07/26/10   Entered: 07/26/10 13:11:42   Page 2 of 2